[No. 27758-8-I.   Division One.   April 20, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. FREDERICK MAGEE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90-1-04684-0, Robert H. Alsdorf, J., entered January 24, 1991. *Affirmed* by unpublished per curiam opinion.

[No. 26784-1-I.   Division One.   April 20, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. TRISTAN DAVID GIESE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90-8-00669-9, R. Joseph Wesley, J., entered July 13, 1990. *Dismissed* by unpublished per curiam opinion.

[No. 26582-2-I.   Division One.   April 20, 1992.]

JOHN SOPER, *Appellant*, v. PAUL ACHESON, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 89-2-18841-4, Richard J. Thorpe, J., entered July 20, 1990. *Affirmed* by unpublished opinion per Kennedy, J., concurred in by Coleman and Forrest, JJ.

[No. 27472-4-I.   Division One.   April 20, 1992.]

GARY BISBEY, ET AL, *Appellants*, v. UNITED GENERAL HOSPITAL, *Defendant*, LEE E.C. MOTT, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Skagit County, No. 86-2-00608-0, Gilbert E. Mullen, J., entered November 21, 1990. *Affirmed* by unpublished opinion per Scholfield, J., concurred in by Webster, A.C.J., and Baker, J.